DAVID O. BLACK, #0346
**BLACK & ARGYLE, P.C.**
Williamsburg Office Park
5806 South 900 East
Salt Lake City, UT 84121
Telephone: (801) 484-3017
Facsimile: (801) 892-0116
  *Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **IP TELESIS, a Nevada corporation,**<br><br>          Plaintiff,<br><br>vs.<br><br>**MARTIN TOHA,**<br><br>          Defendant | CERTIFICATE OF SERVICE<br><br>Case No. 2:09-cv-00855DN<br><br>Judge: David Nuffer |

   I hereby certify that, on the 3rd day of June, 2013, I caused a true and correct copy of the foregoing **NOTICE OF DEPOSITION OF MARTIN TOHA; REQUEST FOR PRODUCTION OF DOCUMENTS; REQUEST FOR ADMISSIONS AND INTERROGATORIES** to be hand-delivered, to the following:

   Francis M. Wikstrom
   Cory D. Sinclair
   PARSONS BEHLE & LATIMER
   One Utah Center
   201 South Main Street, Suite 1800
   Salt Lake City, Utah 84111

                              /*Cherry Caouette*