DAVID O. BLACK, #0346
**BLACK & ARGYLE, P.C.**
Williamsburg Office Park
5806 South 900 East
Salt Lake City, UT 84121
Telephone: (801) 484-3017
Facsimile: (801) 892-0116
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **IP TELESIS**, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MARTIN TOHA,**<br><br>**Defendant** | **JOINT STIPULATION TO DISMISS COMPLAINT**<br><br>Case No. 2:09-cv-00855DN<br><br>Judge: David Nuffer |

The parties hereto, having entered into an Agreement resolving their differences and pursuant thereto, the Plaintiff and Defendant, by and through their counsel of record, hereby stipulate to dismiss the Complaint filed in this action with prejudice, with each party to bear its own costs and fees.

DATED this \_\_19th\_\_ day of July, 2013.

                BLACK & ARGYLE

                *[signature]*

                David O. Black, Attorney for IP Telesis

                PARSONS BEHLE & LATIMER

                */Cory D. Sinclair*
                Cory Sinclair Attorney for Martin Toha